IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 23 PM 12:32
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DULCE ANEL FRANCO-CORTEZ,<br>A/K/A DULCE ANEL HERNANDEZ-GOITIA<br><br>      Defendant. | 8:25CR156<br><br>INDICTMENT<br>8 U.S.C. § 1326(a) |

The Grand Jury charges that

### COUNT I

On or about June 24, 2025, in the District of Nebraska, the defendant, Dulce Anel Franco-Cortez, a/k/a Dulce Anel Hernandez-Goitia, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney

1